# EXHIBIT   A

# EXHIBIT A

# INSURANCE POLICY

**THE HANOVER INSURANCE COMPANY**                 RENEWAL OF  ZDA 5379412

MASSACHUSETTS BAY INSURANCE COMPANY, 100 NORTH PARKWAY, WORCESTER, MA 01605

COMMERCIAL LINES POLICY
COMMON DECLARATIONS

CM

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 5379412 04 | 09/05/01 | 09/05/02 | MASSACHUSETTS BAY INS. COMPANY | 2908977 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| FIELDTURF HOLDINGS INC<br>C/O PORTMAN HOLDINGS<br>303 PEACHTREE ST NE STE 4600<br>ATLANTA GA          30308 | HAMILTON*DORSEY*ALSTON CO.<br>4401 NORTHSIDE PKWY ST 400<br>ATLANTA, GA          30327 |

POLICY PERIOD:       FROM: SEPT 05  2001  TO: SEPT 05   2002  AT
    12:01 A.M.   STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

BUSINESS DESCRIPTION: MANUFACTURING OF FIELD TURF

LEGAL ENTITY:  CORPORATION

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS
POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

    THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS
    FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY
    BE SUBJECT TO ADJUSTMENT.                          PREMIUM

| | PREMIUM |
|---|---|
| EQUIPMENT BREAKDOWN COVERAGE | $1,308.00 |
| COMMERCIAL GENERAL LIABILITY COVERAGE | $28,547.00 |
| COMMERCIAL INLAND MARINE COVERAGE | $400.00 |
| COMMERCIAL COP PREMIUM | $31,170.00 |
| TOTAL PREMIUM: | $61,425.00 |
| PAYABLE IN INSTALLMENTS: | $61,425.00 |

FORMS APPLICABLE TO ALL COVERAGE PARTS:    IL 02 62  4/98      ENDT A
  401-0027  4/99

                                        HAMILTON DORSEY ALSTON CO.
                                        *Linda J Leavens, CPCU*
COUNTERSIGNED _____ BY _____
                                        (AUTHORIZED REPRESENTATIVE)

THESE DECLARATIONS TOGETHER WITH THE COMMON  POLICY CONDITIONS, COVERAGE PART
COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS,  IF ANY, ISSUED TO FORM A PART
THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

FORM NO. 401-0023A  4/90                 ISSUED 11/14/2001
                                            AGENCY BILL  N

INSURED COPY                    PAGE    1

231-1096 (1/8

THE HANOVER INSURANCE COMPANY          RENEWAL OF ZDA 5379412

MASSACHUSETTS BAY INSURANCE COMPANY, 100 NORTH PARKWAY, WORCESTER, MA 01605

## POLICY SCHEDULE OF NAMES AND ADDRESSES

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 5379412 04 | 09/05/01 | 09/05/02 | MASSACHUSETTS BAY INS. COMPANY | 2908977 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| FIELDTURF HOLDINGS INC<br>C/O PORTMAN HOLDINGS<br>303 PEACHTREE ST NE STE 4600<br>ATLANTA GA          30308 | HAMILTON*DORSEY*ALSTON CO.<br>4401 NORTHSIDE PKWY ST 400<br>ATLANTA, GA          30327 |

THE NAMED INSURED ON THIS POLICY IS EXTENDED TO INCLUDE:

FIELDTURF HOLDINGS INC                    FIELDTURF INC
SYNTENNICO INC
GESTIONS FIELD TURF INC
FIELDTURF INTERNATIONAL INC

LOCATIONS OF COVERED OPERATIONS

PREMISES 1
BUILDING 1
5211 MITCHELL BRIDGE ROAD
DALTON GA
32077

FORM NO. 401-0023A   4/90

ISSUED 11/14/2001

AGENCY BILL

INSURED COPY                    PAGE    2

231-1096 (1/9)


**ALLMERICA FINANCIAL®**
HANOVER INSURANCE

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

CANCELLATION BY US

ENDT A

SCHEDULE

Number of Days ___60__

Paragraph 2. of CANCELLATION (Common Policy Conditions) is replaced by the following:

2,  We may cancel this Coverage Part by mailing or delivering to the first Named Insured written notice of cancellation at least:

    a. 10 days before the effective date of cancellation if we cancel for non payment of premium; or
    b. The number of days shown in the Schedule before the effective date of cancellation if we cancel for any other reason.

**Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, agreements or limitations of the policy other than as above stated.**

(Completion of the following, including countersignature, is required to make this endorsement effective only when it is issued subsequent to preparation of the Policy.)

Effective _____ this endorsement forms a part of Policy No. ZDA 5379412

Issued to  FIELDTURF HOLDINGS INC

By MASSACHUSETTS BAY INS. COMPANY

Date of Issue _____

Countersigned by _____
                                    Authorized Representative of the Company

221-0163 (4-90)

 **ALLMERICA FINANCIAL®**
**HANOVER INSURANCE**

100 North Parkway
Worcester, MA 01605

**Common Policy Conditions**

## COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:
   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or
   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:
   a. Make inspections and surveys at any time;
   b. Give you reports on the conditions we find; and
   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:
   a. Are safe or healthful; or
   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:
1. Is responsible for the payment of all premiums; and
2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written

401-0027        (4-99)        Copyright, Insurance Services Office, Inc., 1998        1

consent except in the case of death of an individual named insured. If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

IN WITNESS WHEREOF, This company has caused this policy to be signed by its President and Secretary, and countersigned on the declarations page by a duly authorized agent of the company.

THE HANOVER INSURANCE COMPANY
MASSACHUSETTS BAY INSURANCE COMPANY
100 North Parkway, Worcester, Massachusetts 01605

William J. Cahill Jr.
Secretary

President

CITIZENS INSURANCE COMPANY OF AMERICA
645 West Grand River, Howell, Michigan 48843

Kent Gallinger
Secretary

President

INTERLINE
IL 02 62 04 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

**A.** Paragraph **A.1.** of the CANCELLATION Common Policy Condition is replaced by the following:

**1.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation stating a future date on which the policy is to be cancelled, subject to the following:

**a.** If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later. However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

**b.** If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days notice to the first Named Insured and the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

Our notice will state the effective date of cancellation, which will be the later of the following:

**(1)** 10 days from the date of mailing or delivering our notice, or

**(2)** The effective date of cancellation stated in the first Named Insured's notice to us.

**B.** Paragraph **A.5.** of the CANCELLATION Common Policy Condition is replaced by the following:

**5.** Premium Refund

**a.** If this policy is cancelled, we will send the first Named Insured any premium refund due.

**b.** If we cancel, the refund will be pro rata, except as provided in **c.** below.

**c.** If the cancellation results from failure of the first Named Insured to pay, when due, any premium to us or any amount, when due, under a premium finance agreement, then the refund may be less than pro rata. Calculation of the return premium at less than pro rata represents a penalty charged on unearned premium.

**d.** If the first Named Insured cancels, the refund may be less than pro rata.

**e.** The cancellation will be effective even if we have not made or offered a refund.

C. The following is added to the CANCELLATION Common Policy condition and supersedes any other provisions to the contrary:

If we decide to:

1. Cancel or nonrenew this policy; or

2. Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

3. Change any policy provision which would limit or restrict coverage;

Then:

We will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured and lienholder, if any, at the last mailing address known to us. Except as applicable as described in Paragraph D. below, we will mail or deliver notice at least:

1. 10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium; or

2. 45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium; or

3. 45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

D. The following provisions apply to insurance covering residential real property only provided under the:

COMMERCIAL PROPERTY COVERAGE PART; FARM COVERAGE PART;

if the named insured is a natural person.

With respect to such insurance, the following is added to the CANCELLATION Common Policy Condition and supersedes any provisions to the contrary:

1. When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by notifying the first named insured at least 10 days before the date cancellation takes effect.

2. When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel only for one or more of the following reasons:

a. Nonpayment of premium, whether payable to us or to our agent;

b. Upon discovery of fraud, concealment of a material fact, or material misrepresentation made by or with the knowledge of any person insured under this policy in obtaining this policy, continuing this policy or presenting a claim under this policy;

c. Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

d. Upon the violation of any of the material terms or conditions of this policy by any person insured under this policy.

We may cancel by providing notice to the first named insured at least:

- 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

- 45 days before the effective date of cancellation if we cancel for any of the reasons listed in b., c. or d. above.

Copyright, Insurance Services Office, Inc., 1997
IL 02 62 04 98

INTERLINE
IL 00 21 04 98

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
## (Broad Form)

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1.  The insurance does not apply:

    A.  Under any Liability Coverage, to "bodily injury" or "property damage":

        (1)  With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

        (2)  Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    B.  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    C.  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

        (1)  The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

        (2)  The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

        (3)  The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2.  As used in this endorsement:

    "Hazardous properties" includes radioactive, toxic or explosive properties.

    "Nuclear material" means "source material", "Special nuclear material" or "by-product material".

IL 00 21 04 98              Copyright, Insurance Services Office, Inc., 1997              Page 1 of 2      I

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

   **(a)** Any "nuclear reactor";

   **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

   **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

   **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

Copyright, Insurance Services Office, Inc., 1997

THE HANOVER INSURANCE COMPANY                    RENEWAL OF ZDA 5379412

MASSACHUSETTS BAY INSURANCE COMPANY, 100 NORTH PARKWAY, WORCESTER, MA 01605

## COMMERCIAL GENERAL LIABILITY DECLARATION

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 5379412 04 | 09/05/01 | 09/05/02 | MASSACHUSETTS BAY INS. COMPANY | 2908977 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| FIELDTURF HOLDINGS INC<br>C/O PORTMAN HOLDINGS<br>303 PEACHTREE ST NE STE 4600<br>ATLANTA GA          30308 | HAMILTON*DORSEY*ALSTON CO.<br>4401 NORTHSIDE PKWY ST 400<br>ATLANTA, GA          30327 |

AUDIT FREQUENCY: ANNUAL

LIMITS OF INSURANCE:
  GENERAL AGGREGATE LIMIT                                           $2,000,000
  PRODUCTS - COMPLETED OPERATIONS AGGREGATE LIMIT                   $2,000,000
  EACH OCCURRENCE LIMIT                                             $1,000,000
  FIRE DAMAGE LIMIT, ANY ONE FIRE                                     $100,000
  PERSONAL AND ADVERTISING INJURY LIMIT                            $1,000,000
  MEDICAL EXPENSE LIMIT, ANY ONE PERSON                                $5,000

        TOTAL ADVANCE COMMERCIAL GENERAL LIABILITY PREMIUM:       $28,547.00

FORMS APPLICABLE TO COMMERCIAL GENERAL LIABILITY:
  IL 00 21 04/98          CG 00 54 03/97          CG 21 47 07/98          421-0022 12/90
  CG 21 62 09/98          CG 00 57 09/99          421-0080 10/00          CG 00 01 07/98

FORM NO. 421-0001A   2/89                          ISSUED 11/14/2001

                                                            AGENCY BILL

                                                            231-1098 (1/9

**THE HANOVER INSURANCE COMPANY**    RENEWAL OF ZDA 5379412

MASSACHUSETTS BAY INSURANCE COMPANY, 100 NORTH PARKWAY, WORCESTER, MA 01605

COMMERCIAL GENERAL LIABILITY CLASSIFICATION SCHEDULE

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 5379412 04 | 09/05/01 | 09/05/02 | MASSACHUSETTS BAY INS. COMPANY | 2908977 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| FIELDTURF HOLDINGS INC<br>C/O PORTMAN HOLDINGS<br>303 PEACHTREE ST NE STE 4600<br>ATLANTA GA          30308 | HAMILTON*DORSEY*ALSTON CO.<br>4401 NORTHSIDE PKWY ST 400<br>ATLANTA, GA          30327 |

RENEWAL

| LOC | ST | TER | CODE | SUBLINE | PREMIUM BASIS | PER | RATE | ADVANCE PREMIUM |
|---|---|---|---|---|---|---|---|---|
| 1 | GA | 003 | 51777 | 334 | 24,000,000 GROSS SALES | 1000 | $0.325 | $7,800 |
|   |   |   |   | 336 |   |   | $0.853 | $20,472 |

CARPET OR RUG MFG.

SUBLINE 334   PREMISES AND OPERATIONS
SUBLINE 336   PRODUCTS AND COMPLETED OPERATIONS

FORM NO. 421-0001A  2/89              ISSUED 11/14/2001

AGENCY BILL

231-1096 (1/9)

INSURED COPY              PAGE    4

**THE HANOVER INSURANCE COMPANY**                    RENEWAL OF ZDA 5379412

MASSACHUSETTS BAY INSURANCE COMPANY, 100 NORTH PARKWAY, WORCESTER, MA 01605

MISCELLANEOUS LIABILITY COVERAGE PART DECLARATION

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 5379412 04 | 09/05/01 | 09/05/02 | MASSACHUSETTS BAY INS. COMPANY | 2908977 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| FIELDTURF HOLDINGS INC<br>C/O PORTMAN HOLDINGS<br>303 PEACHTREE ST NE STE 4600<br>ATLANTA GA                30308 | HAMILTON*DORSEY*ALSTON CO.<br>4401 NORTHSIDE PKWY ST 400<br>ATLANTA, GA                30327 |

AUDIT FREQUENCY: ANNUAL

LIMITS OF INSURANCE:
  MISCELLANEOUS LIABILITY AGGREGATE LIMIT          $2,000,000
                          EACH CLAIM               $1,000,000

        TOTAL ADVANCE MISCELLANEOUS LIABILITY PREMIUM:          INCLUDED

FORMS APPLICABLE TO MISCELLANEOUS LIABILITY:                421-0022 12/90
  IL 00 21 04/98        CG 00 54 03/97        CG 21 47 07/98        CG 00 01 07/98
  CG 21 62 09/98

FORM NO. 421-0001A  2/89                    ISSUED 11/14/2001

                                            AGENCY BILL

231-1096 (1/

**THE HANOVER INSURANCE COMPANY**    RENEWAL OF ZDA 5379412

MASSACHUSETTS BAY INSURANCE COMPANY, 100 NORTH PARKWAY, WORCESTER, MA 01605

## MISCELLANEOUS LIABILITY CLASSIFICATION SCHEDULE

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 5379412 04 | 09/05/01 | 09/05/02 | MASSACHUSETTS BAY INS. COMPANY | 2908977 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| FIELDTURF HOLDINGS INC<br>C/O PORTMAN HOLDINGS<br>303 PEACHTREE ST NE STE 4600<br>ATLANTA GA                    30308 | HAMILTON*DORSEY*ALSTON CO.<br>4401 NORTHSIDE PKWY ST 400<br>ATLANTA, GA                    30327 |

RENEWAL

| | ADVANCE<br>PREMIUM |
|---|---|
| LOC ST TER CODE SUBLINE<br> 1 GA 003 90994  325                    FLAT CHARGE | $275 |
| GENERAL LIABILITY BROADENING ENDORSEMENT | |

SUBLINE 325  MISCELLANEOUS LIABILITY

FORM NO. 421-0001A  2/89                    ISSUED 11/14/2001

AGENCY BILL

231-1096 (1/

INSURED COPY                    PAGE    6

**ALLMERICA FINANCIAL®**
HANOVER INSURANCE

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# COMMERCIAL GENERAL LIABILITY SPECIAL BROADENING ENDORSEMENT

This endorsement modifies insurance provided under the following:

**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

## SUMMARY OF COVERAGES

| | |
|---|---|
| 1. Additional Insured by Contract, Agreement or Permit | Included |
| 2. Additional Insured - Broad Form Vendors | Included |
| 3. Aggregate Limit per Location | Included |
| 4. Alienated Premises | Included |
| 5. Bodily Injury Redefined | Included |
| 6. Broad Form Property Damage - Borrowed Equipment, Customers Goods & Use of Elevators | Included |
| 7. Extended Property Damage | Included |
| 8. Incidental Malpractice (Employed nurses, EMT's & paramedics) | Included |
| 9. Knowledge of Occurrence | Included |
| 10. Liberalization Clause | Included |
| 11. Medical Payments - Increased Limit | $ 10,000 |
| 12. Mobile Equipment Redefined | Included |
| 13. Newly Acquired or Formed Organizations - Covered until end or policy period | Included |
| 14. Non-owned Aircraft Hired, Chartered or Loaned with Paid Crew | Included |
| 15. Non-owned Watercraft | 51 ft. |
| 16. Personal Injury - Broad Form | Included |
| 17. Product Recall Expense | $100,000 |
| 18. Property Damage Legal Liability (Fire, Lighting, Explosion, Smoke or Leakage Damage) | $500,000 |
| 19. Supplementary Payments Increased Limits | |
|    - Bail Bonds | $ 2,500 |
|    - Loss of Earnings | $ 300 |
| 20. Unintentional Failure to Disclose Hazards | Included |
| 21. Unintentional Failure to Notify | Included |

This endorsement amends coverages provided under the Commercial General Liability Coverage Form through new coverages, higher limits and broader coverage grants.

1. **Additional Insured by Contract, Agreement or Permit**

    Under **Section II - Who Is An insured,** Paragraph 5. is added as follows:

    5. a.   Any person or organization with whom you agreed, because of a written contract, written agreement or permit, is an insured, but only with respect to:

       (1) "Your work" for the additional insured(s) at the location designated in the contract, agreement or permit; or

       (2) Premises you own, rent, lease or occupy.

    This insurance applies on a primary basis if that is required by the written contract, written agreement or permit.

    b.   This provision does not apply:

       (1) Unless the written contract or written agreement has been executed or permit has been issued prior to the "bodily injury", "property damage", "personal injury" or "advertising injury".

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Service Office, Inc. 1998

(2) To any person or organization included as an insured by an endorsement issued by us and made part of this Coverage Part.

(3) To any person or organization included as an insured under Item 2 of this endorsement.

(4) To any lessor of equipment:

  (a) After the equipment lease expires; or

  (b) If the "bodily injury", "property damage", "personal injury" or "advertising injury" arises out of sole negligence of the lessor.

(5) To any:

  (a) Owners or other interests from whom land has been leased which takes place after the lease for the land expires; or

  (b) Managers or lessors of premises if:

    (i) The occurrence takes place after you cease to be a tenant in that premises; or

    (ii) The "bodily injury", "property damage", "personal injury" or "advertising injury" arises out of structural alterations, new construction or demolition operations performed by or on behalf of the manager or lessor.

## 2. Additional Insured - Broad Form Vendors

Under **Section II - Who Is An Insured**, Paragraph 6. is added as follows:

**6. a.** Any person or organization with whom you agreed, because of a written contract or written agreement to provide insurance, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business, subject to the following additional exclusions:

**b.** The insurance afforded the vendor does not apply to:

  (1) "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reasons of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

  (2) Any express warranty unauthorized by you;

  (3) Any physical or chemical change in the product made intentionally by the vendor;

(4) Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instruction from the manufacturer, and then repackaged in the original container;

(5) Any failure to make such inspection, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business in connection with the sale of the product;

(6) Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

(7) Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any thing or substance by or for the vendor.

**c.** This insurance does not apply to any insured person or organization, from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

## 3. Aggregate Limit Per Location

(1) Under **Section III - Limits of Insurance** the General Aggregate Limit applies separately to each of your "locations" owned by or rented to you.

(2) Under **Section V - Definitions**, definition 22. is added as follows:

  22. "Location" means premises involving the same or connecting lots, or premises whose connection is interrupted only by a street, roadway, waterway or right-of-way of a railroad.

## 4. Alienated Premises

Under **Section I - Coverage A,** paragraph 2. **Exclusions,** j. (2) is replaced in its entirety with the following:

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises and occurred from hazards that were known by you, or should have reasonably been known by you, at the time the property was transferred or abandoned.

## 5. Bodily Injury Redefined

Under **Section V - Definitions**, definition 3. "bodily injury" is replaced in its entirety with the following:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Service Office, Inc. 1998

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person. This includes mental anguish, mental injury, shock, fright or death resulting from "bodily injury", sickness or disease.

6. **Broad Form Property Damage - Borrowed Equipment, Customers Goods, Use of Elevators**

   (1) Under **Section I - Coverage A,** paragraph **2. Exclusion j.** is amended as follows:

   Paragraph **(4)** does not apply to "property damage" to borrowed equipment while at a jobsite and not being used to perform operations.

   Paragraphs **(3), (4)** and **(6)** do not apply to "property damage" to "customers goods" while on your premises nor do they apply to the use of elevators at premises you own, rent, lease or occupy.

   (2) Under **Section V - Definitions,** definition 23. is added as follows:

   23. "Customers goods" means property of your customer on your premises for the purpose of being:

      a. worked on; or

      b. used in your manufacturing process.

   (3) The insurance afforded under this provision is excess over any other valid and collectible property insurance (including deductible) available to the insured whether primary, excess, contingent or on any other basis.

7. **Extended Property Damage**

   Under **Section I - Coverage A,** paragraph **2. Exclusions,** Exclusion a. is replaced in its entirety with the following:

   a. "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

8. **Incidental Malpractice - Employed Nurses, EMT's and Paramedics**

   Under **Section II - Who Is An Insured,** paragraph **2.a.(1)(d)** does not apply to a nurse, emergency medical technician or paramedic employed by you if you are not engaged in the business or occupation of providing medical, paramedical, surgical, dental, x-ray or nursing services.

9. **Knowledge of Occurrence**

   Under **Section IV - Commercial General Liability Conditions,** Condition **2 - Duties in the Event of Occurrence, Offense, Claim or Suit,** paragraph e. is added as follows:

   e. Notice of an "occurrence", offense, claim or "suit" will be considered knowledge of the insured if reported to an individual named insured, partner, executive officer or an "employee" designated by you to give us such a notice.

10. **Liberalization Clause**

    Under **Section IV - Commercial General Liability Conditions,** condition 10. is added as follows:

    10. **Liberalization Clause**

    If we adopt any revision that would broaden the coverage under this Coverage Form without additional premium, within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

11. **Medical Payments - Increased Limits**

    (1) Under **Section I - Coverage C, paragraph a. (2)** is replaced in its entirety by the following:

       (2) The expenses are incurred and reported to us within three years of the date of the accident; and

    (2) Under **Section III - Limits of Insurance,** paragraph **7.** is replaced in its entirety by the following:

       7. Subject to 5. above, the higher of:

          a. $10,000; or

          b. The amount shown in the Declarations for Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by one person.

    (3) This coverage does not apply if **Coverage C - Medical Payments** is excluded either by the provisions of the Coverage Part or by endorsement.

12. **Mobile Equipment Redefined**

    Under **Section V - Definitions,** definition **12,** Mobile Equipment, paragraph **f.(1)(a)(b)(c)** does not apply to self-propelled vehicles of less than 1,000 pounds gross vehicle weight.

13. **Newly Acquired Or Formed Organizations**

    Under **Section II - Who Is An Insured,** paragraph **4.a.** is replaced in its entirety by the following:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Service Office, Inc. 1998

a.  Coverage under this provision is afforded only until the end of the policy period.

**14.   Non-Owned Aircraft, Hired, Chartered or Loaned With Paid Crew**

Under **Section I - Coverage A,** paragraph **2 Exclusions, g.(6)** is added as follows:

**(6)** An aircraft that you do not own that is hired, chartered or loaned with a paid crew.

Paragraph **(6)** does not apply if the insured has any other insurance for "bodily injury" or "property damage" liability that would also be covered under this provision, whether the other insurance is primary, excess, contingent or on any other basis. In that case, this provision does not provide any insurance.

**15.   Non-Owned Watercraft**

Under **Section I - Coverage A,** paragraph **2 Exclusions, g.(2)** is replaced in its entirety by the following:

**(2)** A watercraft you do not own that is:

   **(a)** Less than 51 feet long; and

   **(b)** Not being used to carry persons or property for a charge;

This provision applies to any person, who with your consent, either uses or is responsible for the use of a watercraft.

**16.   Personal Injury - Broad Form**

**(1)** Under **Section I - Coverage B,** paragraph **2.a.(5)** is deleted in its entirety.

**(2)** Under **Section V - Definitions,** definition **14,** paragraph **b.** is replaced in its entirety by the following:

   **b.** Malicious prosecution or abuse of process.

**(3)** Under **Section V - Definitions,** definition **14,** paragraph **h.** is added as follows:

   **h.** Discrimination or humiliation (unless insurance thereof is prohibited by law) that results in injury to the feelings or reputation of a natural person, but only if such discrimination or humiliation is:

     **(1)** Not done intentionally by or at the direction of:

       **(a)** The insured;

       **(b)** Any officer of the corporation, director, stockholder, partner or member of the insured; and

     **(2)** Not directly or indirectly related to an "employee", not to the employment, prospective employment or termination of any person or persons by an insured.

**(4)** This coverage does not apply if **Coverage B - Personal and Advertising Injury Liability** is excluded either by the provisions of the Coverage Part of by endorsement.

**17.   Product Recall Expense**

**(1)** Under **Section I - Coverage A,** paragraph **2 Exclusions, n.** is replaced in its entirety by the following:

   **n.  Recall of Products, Work or Impaired Property**

   Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

   **(1)** "Your product";

   **(2)** "Your work"; or

   **(3)** "Impaired property";

   if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it, but this exclusion does not apply to "product recall expenses" that you incur for the "covered recall" of "your product". The exception to the exclusion does not apply to "Product recall expenses" resulting from:

   **(1)** Failure of any products to accomplish their intended purpose;

   **(2)** Breach of warranties of fitness, quality, durability or performance;

   **(3)** Loss of customer approval, or any cost incurred to regain customer approval;

   **(4)** Redistribution or replacement of "your product" which has been recalled by like products or substitutes;

   **(5)** Caprice or whim of the insured;

   **(6)** A condition likely to cause loss of which any insured knew or had reason to know at the inception of this insurance;

   **(7)** Asbestos, including loss, damage or clean up resulting from asbestos or asbestos containing materials;

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Service Office, Inc. 1998

(8) Recall of "your products" that have no known or suspected defect solely because a known or suspected defect in another of "your products" has been found.

(2) Under **Section II - Who Is An Insured,** paragraph **4.d.** is added as follows:

    **d.** Coverage A does not apply to "product recall expense" arising out of any withdrawal or recall that occurred before you acquired or formed the organization.

(3) Under **Section III - Limits of Insurance,** paragraph **3.** is replaced in its entirety by the following:

    **3.** The Products-Completed Operations Aggregate Limit is the most we will pay for the sum of:

        **a.** Damages under Coverage A because of "bodily injury" and "property damage" included in the "products-completed operations hazard"; and

        **b.** "Product recall expenses".

(4) Under **Section III - Limits of Insurance,** paragraph **8.** is added as follows:

    **8.** Subject to 5. above, $100,000 is the most we will pay for all "product recall expenses" arising out of the same defect or deficiency.

(5) Under **Section IV - Commercial General Liability Conditions,** Condition **2 - Duties in the Event of Occurrence, Offense, Claim or Suit,** paragraph **f.** is added as follows:

    **f.** You must see to it that the following are done in the event of an actual or anticipated "covered recall" that may result in "product recall expense":

        (1) Give us prompt notice of any discovery or notification that "your product" must be withdrawn or recalled. Include a description of "your product" and the reason for the withdrawal or recall;

        (2) Cease any further release, shipment, consignment or any other method of distribution of like or similar products until it has been determined that all such products are free from defects that could be a cause of loss under this insurance.

(6) Under **Section V - Definitions,** the following definitions are added:

24. "Covered recall" means a recall made necessary because you or a government body has determined that a known or suspected defect, deficiency, inadequacy, or dangerous condition in "your product" has resulted or will result in "bodily injury" or "property damage".

25. "Product recall expense" means:

    **a.** Necessary and reasonable expenses for:

        (1) Communications, including radio or television announcements or printed advertisements including stationery, envelopes and postage;

        (2) Shipping the recalled products from any purchaser, distributor or user to the place or places designated by you;

        (3) Remuneration paid to your regular "employees" for necessary overtime;

        (4) Hiring additional persons, other than your regular "employees";

        (5) Expenses incurred by "employees" including transportation and accommodations;

        (6) Expenses to rent additional warehouse or storage space;

        (7) Disposal of "your product", but only to the extent that specific methods of destruction other than those employed for trash discarding or disposal are required to avoid "bodily injury" or "property damage" as a result of such disposal;

    You incur exclusively for the purpose of recalling "your product"; and

    **b.** Your lost profit resulting from such "covered recall".

18. **Property Damage Legal Liability (Fire, Lightning, Explosion, Smoke or Leakage from Fire Protective Systems Damage)**

    (1) The word **fire** is changed to **fire, lightning, explosion, smoke and leakage from fire protective systems** where it appears in the Limits of Insurance section of the Declarations for the Commercial General Liability Coverage Part.

    (2) Under **Section I - Coverage A,** the last paragraph (after the exclusions) is replaced in its entirety by the following:

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Service Office, Inc. 1998

Exclusions c. through n. do not apply to damage by fire, lightning, explosion, smoke or leakage from fire protective systems to premises while rented to you or temporarily occupied by you with the permission of the owner. A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (SECTION III). This limit will apply to all damage proximately caused by the same event, whether such damage results from fire, lightning, explosion, smoke or leakage from fire protective systems or any combination of the five.

(3) Under **Section III - Limits Of Insurance**, paragraph 6. is replaced in its entirety by the following:

6. Subject to 5. above, the higher of:

a. $500,000; or

b. The Fire, Lightning, Explosion, Smoke or Leakage from Fire Protective Systems Damage Limit shown in the Declarations is the most we will pay under Coverage A for damages because of "property damage" from fire, lightning, explosion, smoke and leakage from fire protective systems to premises, while rented to you or temporarily occupied by you with permission of the owner.

(4) Under **Section IV - Commercial General Liability Conditions**, Condition 4. **Other Insurance**, paragraph b.(2) is replaced by the following:

b.(2) That is fire, lightning, explosion, smoke or leakage from fire protective systems insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

(5) Under **Section V - Definitions**, definition 9. **"Insured contract"**, a. is replaced in its entirety by the following:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire, lightning, explosion, smoke or leakage from fire protective systems to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract".

(6) This coverage does not apply if Fire Damage Legal Liability of **Coverage A** is excluded either by the provisions of the Coverage Part or by endorsement.

**19. Supplementary Payments Increased Limits**

Under **Section I - Supplementary Payments, Coverages A and B**, paragraphs **1.b.** and **1.d.** are replaced in their entirety as follows:

**1.b.** Up to $2,500 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**1.d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $300 a day because of time off from work.

**20. Unintentional Failure to Disclose Hazards**

Under **Section IV - Commercial General Liability Conditions**, Condition **6. - Representations**, paragraph **d.** is added as follows:

**d.** We will not disclaim coverage under this Coverage Part if you fail to disclose all hazards existing as of the inception date of the policy provided such failure is not intentional.

**21. Unintentional Failure to Notify**

Under **Section IV - Commercial General Liability Conditions**, Condition **2. - Duties in the Event of Occurrence, Offense, Claim or Suit**, paragraph **g.** is added as follows:

**g.** Your rights afforded under this policy shall not be prejudiced if you fail to give us notice of an "occurrence", offense, claim or "suit", solely due to your reasonable and documented belief that the "bodily injury" or "property damage" is not covered under this policy.

Includes copyrighted material of Insurance Services Office, Inc. with its permission.
Copyright, Insurance Service Office, Inc. 1998

POLICY NUMBER: ZDA 5379412

COMMERCIAL GENERAL LIABILITY
CG 21 62 09 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS – WITH EXCEPTION FOR BODILY INJURY ON YOUR PREMISES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph 2., **Exclusions** of Section I – **Coverage A – Bodily Injury And Property Damage Liability** and Paragraph 2., **Exclusions** of Section I – **Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" (or "personal and advertising injury" if defined as such in your policy) arising directly or indirectly out of:

**a.** Any actual or alleged failure, malfunction or inadequacy of:

   **(1)** Any of the following, whether belonging to any insured or to others:

   **(a)** Computer hardware, including microprocessors;

   **(b)** Computer application software;

   **(c)** Computer operating systems and related software;

   **(d)** Computer networks;

   **(e)** Microprocessors (computer chips) not part of any computer system; or

   **(f)** Any other computerized or electronic equipment or components; or

   **(2)** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph 2.a.(1) of this endorsement

due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond.

**b.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph 2.a. of this endorsement.

This exclusion does not apply to "bodily injury" occurring on any premises owned by or rented to you.



**ALLMERICA FINANCIAL®**
HANOVER INSURANCE

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**ASBESTOS LIABILITY EXCLUSION**

This endorsement modifies insurance provided under the following:

**BUSINESSOWNERS POLICY**
**COMMERCIAL GENERAL LIABILITY COVERAGE PART**

This insurance does not apply to "bodily injury", "property damage", "personal injury" or "advertising injury" arising out of any actual or alleged:

    1.    Inhaling, ingesting or prolonged physical exposure by any person to asbestos or asbestos fibers or goods or products containing asbestos; or

    2.    Use of asbestos in constructing or manufacturing any good, product or structure; or

    3.    Intentional or accidental removal including encapsulation, dispersal, sealing or disposal of asbestos or asbestos fibers from any good, product or structure; or

    4.    Manufacture, transportation, storage or disposal of asbestos or goods or products containing asbestos; or

    5.    Product manufactured, sold, handled or distributed by or on behalf of the insured which contain asbestos; or

    6.    Acts or omissions of the insured in connection with the general supervision of any job involving the removal, enclosure, encapsulation, dispersal, sealing or disposal of asbestos, asbestos fibers or products containing asbestos.

General supervision includes the rendering of or failure to render any instructions, recommendations, warnings or advice.

**421-0022**    **(ED 12-90)**

COMMERCIAL GENERAL LIABILITY
CG 00 57 09 99

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDMENT OF INSURING AGREEMENT – KNOWN INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph **1. Insuring Agreement** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**1. Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

   (1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

   (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

   No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

   b. This insurance applies to "bodily injury" and "property damage" only if:

   (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

   (2) The "bodily injury" or "property damage" occurs during the policy period; and

   (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

   c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

   d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

   (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

   (2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

   (3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

   e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

   Copyright, Insurance Services Office, Inc., 1998     ⌐

COMMERCIAL GENERAL LIABILITY
CG 00 54 03 97

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF POLLUTION EXCLUSION – EXCEPTION FOR BUILDING HEATING EQUIPMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

Subparagraph **(1)(a)** of the **Pollution** exclusion under Paragraph **2., Exclusions** of Bodily Injury And Property Damage Liability Coverage **(Section I – Coverages)** is replaced by the following:

This insurance does not apply to:

**POLLUTION**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.

However, Subparagraph **(a)** does not apply to "bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building.

COMMERCIAL GENERAL LIABILITY
CG 21 47 07 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

A. The following exclusion is added to Paragraph 2., **Exclusions of Section I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

B. The following exclusion is added to Paragraph 2., **Exclusions of Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

(1) A person arising out of any:

    (a) Refusal to employ that person;

    (b) Termination of that person's employment; or

    (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1997

COMMERCIAL GENERAL LIABILITY
CG 00 01 07 98

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

(2) The "bodily injury" or "property damage" occurs during the policy period.

c. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

### 2. Exclusions

This insurance does not apply to:

a. **Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b. **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

  (a) Employment by the insured; or

  (b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

  (a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

    (i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

    (ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

    (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

  (b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

  (c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

Copyright, Insurance Services Office, Inc., 1997

CG 00 01 07 98

**(d)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

  **(i)** "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

  **(ii)** "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

  **(iii)** "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

**(e)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**(2)** Any loss, cost or expense arising out of any:

  **(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

  **(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

  **(a)** Less than 26 feet long; and

  **(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

Copyright, Insurance Services Office, Inc., 1997

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions c. through n. do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section III – Limits Of Insurance.

 Copyright, Insurance Services Office, Inc., 1997 CG 00 01 07 98

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance ; and

    **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a.** "Personal and advertising injury":

    **(1)** Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

    **(2)** Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

    **(3)** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

    **(4)** Arising out of a criminal act committed by or at the direction of any insured;

    **(5)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

    **(6)** Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

    **(7)** Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

    **(8)** Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

    **(9)** Committed by an insured whose business is advertising, broadcasting, publishing or telecasting. However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section; or

    **(10)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**b.** Any loss, cost or expense arising out of any:

    **(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

    **(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

## COVERAGE C MEDICAL PAYMENTS

### 1. Insuring Agreement

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

    **(1)** On premises you own or rent;

    **(2)** On ways next to premises you own or rent; or

    **(3)** Because of your operations;

    provided that:

    **(1)** The accident takes place in the "coverage territory" and during the policy period;

    **(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

    **(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

## 2. Exclusions

We will not pay expenses for "bodily injury":

a. To any insured.

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. To a person injured while taking part in athletics.

f. Included within the "products-completed operations hazard".

g. Excluded under Coverage A.

h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS – COVERAGES A AND B

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

a. All expenses we incur.

b. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All costs taxed against the insured in the "suit".

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

Copyright, Insurance Services Office, Inc., 1997

(2) Provides us with written authorization to:

    (a) Obtain records and other information related to the "suit"; and

    (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. If you are designated in the Declarations as:

a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

a. Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

    (1) "Bodily injury" or "personal and advertising injury":

        (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

        (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (1)(a) above;

        (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

        (d) Arising out of his or her providing or failing to provide professional health care services.

    (2) "Property damage" to property:

        (a) Owned, occupied or used by,

        (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

    you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

    (1) With respect to liability arising out of the maintenance or use of that property; and

    (2) Until your legal representative has been appointed.

 Copyright, Insurance Services Office, Inc., 1997 ☐

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A**; and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

Copyright, Insurance Services Office, Inc., 1997

CG 00 01 07 98    □

# SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

## 1. Bankruptcy

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

## 2. Duties In The Event Of Occurrence, Offense, Claim Or Suit

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

(1) How, when and where the "occurrence" or offense took place;

(2) The names and addresses of any injured persons and witnesses; and

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

## 3. Legal Action Against Us

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

## 4. Other Insurance

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

(1) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(a) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(b) That is Fire insurance for premises rented to us or temporarily occupied by you with permission of the owner;

(c) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(d) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage A – Bodily Injury And Property Damage Liability.

(2) Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

2. "Auto" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in **a.** above; or

c. All parts of the world if:

(1) The injury or damage arises out of:

   (a) Goods or products made or sold by you in the territory described in **a.** above; or

   (b) The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; and

(2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

b. Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

   (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

   (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

b. While it is in or on an aircraft, watercraft or "auto"; or

Copyright, Insurance Services Office, Inc., 1997

c. While it is being moved from an aircraft, water-craft or "auto" to the place where it is finally de-livered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not at-tached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached ma-chinery or equipment:

a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, main-tained primarily to provide mobility to perma-nently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently at-tached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building clean-ing, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the fol-lowing types of permanently attached equip-ment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building clean-ing, geophysical exploration, lighting and well servicing equipment.

13. "Occurrence" means an accident, including con-tinuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person oc-cupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication of material that slan-ders or libels a person or organization or dis-parages a person's or organization's goods, products or services;

e. Oral or written publication of material that vio-lates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property dam-age" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical pos-session; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your con-tract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

    Copyright, Insurance Services Office, Inc., 1997    CG 00 01 07 98

b. Does not include "bodily injury" or "property damage" arising out of:

   (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

   (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

   (3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Your product" means:

a. Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

   (1) You;

   (2) Others trading under your name; or

   (3) A person or organization whose business or assets you have acquired; and

b. Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

b. The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

**21.** "Your work" means:

a. Work or operations performed by you or on your behalf; and

b. Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

a. Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

b. The providing of or failure to provide warnings or instructions.

**THE HANOVER INSURANCE COMPANY**          RENEWAL OF   ZDA 5379412

MASSACHUSETTS BAY INSURANCE COMPANY, 100 NORTH PARKWAY, WORCESTER, MA 01605

POLICY FORMS RECAP
ATTACH THIS FORM TO YOUR POLICY

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 5379412 04 | 09/05/01 | 09/05/02 | MASSACHUSETTS BAY INS. COMPANY | 2908977 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| FIELDTURF HOLDINGS INC<br>C/O PORTMAN HOLDINGS<br>303 PEACHTREE ST NE STE 4600<br>ATLANTA GA          30308 | HAMILTON*DORSEY*ALSTON CO.<br>4401 NORTHSIDE PKWY ST 400<br>ATLANTA, GA          30327 |

FORMS APPLICABLE AT RENEWAL: (ALL NEW FORMS ARE IDENTIFIED WITH AN ASTERISK)

ALL COVERAGE PARTS:

IL 02 62  4/98       *ENDT A           *401-0027  4/99

GENERAL LIABILITY COVERAGE PART:

421-0022 12/90      IL 00 21   4/98      CG 00 54  3/97      CG 21 47  7/98
CG 00 01  7/98      CG 21 62   9/98      CG 00 57  9/99      *421-0080 10/00

INLAND MARINE COVERAGE PART:

231-0475  6/89      *CM 00 01  6/95      *411-0078 10/00      *CM 01 42 12/00

MANUFACTURERS OUTPUT COVERAGE PART:

| COP 100 | 2.0 | COP 101 | 2.0 | CL  100 | 2.0 | COP 221 | 2.0 |
|---|---|---|---|---|---|---|---|
| COP 223 | 2.0 | COP 226 | 2.0 | COP 220 | 2.0 | COP 222 | 2.0 |
| COP 259 | 1.0 | COP 216 | 2.0 | COP 219 | 2.0 | COP 254 | 1.0 |
| COP 244 | 1.0 | COP 246 | 1.0 | COP 245 | 1.0 | COP 243 | 1.0 |
| *COP 261 | 1.0 | *COP 395 | 1.0 | *IM-7012 | 7/99 | *IM-7001 | 8/99 |
| *COP-218 | 2.0 | *COP-217 | 2.0 | *COP-229 | 2.0 | *COP-251 | 1.0 |

FORMS DELETED ON RENEWAL:

| ENDT A | | 421-0080 | 6/96 | CG 20 28 11/85 | IM-7001 | 1/.1 |
|---|---|---|---|---|---|---|
| IM-7012 | 1/.0 | IM 72 17 | 2/.0 | | | |

COUNTERSIGNED _____  BY _____

(AUTHORIZED REPRESENTATIVE)

FORM NO. 401-0023A  4/90          ISSUED 11/14/2001

AGENCY BILL  N

INSURED COPY                PAGE  12

231-1096 (1/

**THE HANOVER INSURANCE COMPANY**

MASSACHUSETTS BAY INSURANCE COMPANY, 100 NORTH PARKWAY, WORCESTER, MA 01605

COMMERCIAL LINES POLICY

| POLICY NUMBER | POLICY PERIOD FROM | TO | COVERAGE IS PROVIDED IN THE | AGENCY CODE |
|---|---|---|---|---|
| ZDA 5379412 04 | 09/05/01 | 09/05/02 | MASSACHUSETTS BAY INS. COMPANY | 2908977 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| FIELDTURF HOLDINGS INC<br>C/O PORTMAN HOLDINGS<br>303 PEACHTREE ST NE STE 4600<br>ATLANTA GA          30308 | HAMILTON*DORSEY*ALSTON CO.<br>4401 NORTHSIDE PKWY ST 400<br>ATLANTA, GA          30327 |

INSTALLMENT PAYMENT OF PREMIUM ENDORSEMENT          PLAN N

| PAYMENT DUE DATE | PREMIUM PAYMENT | INST CHGE | ENDORSEMENT PREMIUM PAYMENT | INST CHGE | REVISED PREMIUM PAYMENT | AMOUNTS INST CHGE | TOTAL PAYMENT DUE |
|---|---|---|---|---|---|---|---|
| 09/05/01 | 15,357.00 | | | | | | 15,357.00 |
| 12/05/01 | 15,356.00 | | | | | | 15,356.00 |
| 03/05/02 | 15,356.00 | | | | | | 15,356.00 |
| 06/05/02 | 15,356.00 | | | | | | 15,356.00 |
| TOTALS | 61,425.00 | | | | | | 61,425.00 |

NOTHING HEREIN CONTAINED SHALL BE HELD TO VARY, ALTER, WAIVE OR EXTEND ANY OF THE TERMS, CONDITIONS, AGREEMENTS OR LIMITATIONS OF THE POLICY OTHER THAN AS STATED ABOVE.

EFFECTIVE 09/05/01 THIS ENDORSEMENT FORMS A PART OF POLICY NO. ZDA5379412

ISSUED TO     FIELDTURF HOLDINGS INC          C/O PORTMAN HOLDINGS

BY MASSACHUSETTS BAY INS. COMPANY

COUNTERSIGNED BY _____

FORM NO. 221-4708A 5/93          ISSUED 11/14/2001

FIELHOL

# ACORD™ COMMERCIAL POLICY CHANGE REQUEST

**DATE (MM/DD/YY)**
03/25/02

| PRODUCER | PHONE (A/C, No, Ext): 770 850-0050 | | | |
|---|---|---|---|---|

Hamilton Dorsey Alston Company
4401 Northside Pkwy Suite 400
Atlanta, GA  30327-3078

| POLICY TYPE | PROPERTY | GENERAL LIABILITY |
| | INLAND MARINE | AUTO/TRUCKERS |
| | UMBRELLA | WORKERS COMP |

| CODE: | SUB CODE: |
|---|---|

**AGENCY CUSTOMER ID:** 9645

**COMPANY**
Hanover Insurance Company

**NAIC CODE:**

**ATTENTION:**

**INSURED'S NAME**
FieldTurf Holdings, Inc.

**POLICY NUMBER**
ZDA537941204

**EFFECTIVE DATE OF CHANGE**
09/05/01

**INSURED'S MAILING ADDRESS IF CHANGED (INC ZIP+4)**
c/o Portman Holdings
303 Peachtree St. NE, Ste 4600
Atlanta, GA  30308

**POLICY INCEPTION DATE**
09/05/01

**POLICY EXPIRATION DATE**
09/05/02

THIS IS AN ACKNOWLEDGEMENT OF YOUR REQUEST. UPON APPROVAL, THE COMPANY'S RECORDS WILL BE ADJUSTED ACCORDINGLY, AND IF A PREMIUM ADJUSTMENT IS REQUIRED, IT WILL BE DONE AT PREMIUM AUDIT OR BY ENDORSEMENT.

## PREMISES INFORMATION

ADD  CHANGE  DELETE

| LOC # | BLD # | STREET, CITY, COUNTY, STATE, ZIP+4 | CITY LIMITS | INTEREST | YR BUILT | PART OCCUPIED |
|---|---|---|---|---|---|---|
| | | | INSIDE / OUTSIDE | OWNER / TENANT | | |

## NATURE OF BUSINESS/DESCRIPTION OF OPERATIONS BY PREMISE(S)

ADD  CHANGE  DELETE

| LOC # | BLD # | |
|---|---|---|
| | | |

## AUTO-VEHICLE DESCRIPTION/LIMITS

POLICY LIMIT(S) CHANGED    ADD  CHANGE  DELETE

| VEH # | YEAR | MAKE: | | BODY TYPE: | | | | SYM/AGE | COST NEW |
| | | MODEL: | | V.I.N.: | | | | | |

| CITY, STATE, ZIP WHERE GARAGED | TERR | GVW/GCW | CLASS | SIC | FACTOR | SEAT CP | RADIUS | FARTHEST TERM |

| DRIVE TO WORK/SCHOOL | USE | COMM'L | CHECK COVERAGES | ADD'L NO FAULT | UNDRINS MOTOR | F | LSP | DEDUCTIBLES | ACV | COMP | SPEC C OF L |
| UNDER 15 MILES | PLEASURE | RETAIL | LIAB | MED PAY | TOWING & LABOR | FT | COMP | AA | ST AMT | | |
| 15 MILES OR OVER | FARM | SERVICE | NO FAULT | UNINS MOTOR | SPEC C OF L | FTW | COLL | $ | | $ | COLL |

| LIABILITY | NO FAULT | ADD'L NO FAULT | MEDICAL PAYMENTS | UNINSURED MOTORISTS | UNDERINSURED MOTORISTS |
| $ | $ | $ | | | |

## AUTO-VEHICLE DESCRIPTION/LIMITS

POLICY LIMIT(S) CHANGED    ADD  CHANGE  DELETE

| VEH # | YEAR | MAKE: | | BODY TYPE: | | | | SYM/AGE | COST NEW |
| | | MODEL: | | V.I.N.: | | | | | |

| CITY, STATE, ZIP WHERE GARAGED | TERR | GVW/GCW | CLASS | SIC | FACTOR | SEAT CP | RADIUS | FARTHEST TERM |

| DRIVE TO WORK/SCHOOL | USE | COMM'L | CHECK COVERAGES | ADD'L NO FAULT | UNDRINS MOTOR | F | LSP | DEDUCTIBLES | ACV | COMP | SPEC C OF L |
| UNDER 15 MILES | PLEASURE | RETAIL | LIAB | MED PAY | TOWING & LABOR | FT | COMP | AA | ST AMT | | |
| 15 MILES OR OVER | FARM | SERVICE | NO FAULT | UNINS MOTOR | SPEC C OF L | FTW | COLL | $ | | $ | COLL |

| LIABILITY | NO FAULT | ADD'L NO FAULT | MEDICAL PAYMENTS | UNINSURED MOTORISTS | UNDERINSURED MOTORISTS |
| $ | $ | $ | | | |

## DRIVER INFORMATION (List drivers who frequently use own vehicles)

ADD  CHANGE  DELETE

| DRIVER | NAME (Include address, if required) | DATE OF BIRTH | YEAR LIC | DRIVERS LICENSE NUMBER/ SOCIAL SECURITY NUMBER | STATE LIC | USE VEH # | % USE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## DRIVER INFORMATION (List drivers who frequently use own vehicles)

ADD  CHANGE  DELETE

| DRIVER | NAME (Include address, if required) | DATE OF BIRTH | YEAR LIC | DRIVERS LICENSE NUMBER/ SOCIAL SECURITY NUMBER | STATE LIC | USE VEH # | % USE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

## WORKERS COMPENSATION RATING INFORMATION

| TYPE OF CHANGE | STATE | LOC | CLASS CODE | COMPANY USE | CATEGORIES, DUTIES, CLASSIFICATIONS | # OF EMPLOYEES | ESTIMATED ANNUAL REMUNERATION |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |

ACORD 175 (7/96) 1 of 4        #36568        BJS    © ACORD CORPORATION 1991

## PROPERTY/INLAND MARINE - PREMISES INFORMATION

PREMISES #: | BUILDING #: | ☐ ADD | ☐ CHANGE | ☐ DELETE

| SUBJECT OF INSURANCE | AMOUNT | COINS % | VALUATION | CAUSES OF LOSS | INFLATION GUARD % | DEDUCTIBLE | FORMS AND CONDITIONS TO APPLY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**ADDITIONAL COVERAGES, OPTIONS, RESTRICTIONS, ENDORSEMENTS AND RATING INFORMATION**

| CONSTRUCTION TYPE | FIRE DISTRICT/CODE NUMBER | PROT CL | # STORIES | # BASM'TS | YR BUILT | TOTAL AREA |
|---|---|---|---|---|---|---|
| | | | | | | |

| BUILDING IMPROVEMENTS | PLUMBING, YR: | OTHER OCCUPANCIES |
|---|---|---|
| WIRING, YR: | HEATING, YR: | |
| ROOFING, YR: | OTHER: | |

| RIGHT EXPOSURE & DISTANCE | LEFT EXPOSURE & DISTANCE | REAR EXPOSURE & DISTANCE |
|---|---|---|
| | | |

| BURGLAR ALARM TYPE | CERTIFICATE # | EXPIRATION DATE | EXTENT | GRADE | CENTRAL STATION |
|---|---|---|---|---|---|
| | | | | | WITH KEYS |
| BURGLAR ALARM INSTALLED AND SERVICED BY | | | #GUARDS/WATCHMEN | | CLOCK HOURLY |
| PREMISES FIRE PROTECTION (Sprinklers, Standpipes, CO₂/Chemical Systems) | FIRE ALARM MANUFACTURER | | | | CENTRAL STATION |
| | | | | | LOCAL GONG |

## INLAND MARINE - SCHEDULED EQUIPMENT

% COINSURANCE: | ☐ ADD | ☐ CHANGE | ☐ DELETE

| # | MODEL YEAR | DESCRIPTION (TYPE, MANUFACTURER, MODEL, CAPACITY, ETC) | ID #/SERIAL # | DATE PURCHASED | NEW/USED | AMOUNT OF INSURANCE |
|---|---|---|---|---|---|---|
| | | | | | | $ |
| | | | | | | $ |

## GENERAL LIABILITY - LIMITS

☐ CHANGE

| | | | |
|---|---|---|---|
| GENERAL AGGREGATE | $ | EACH OCCURRENCE | $ |
| PRODUCTS & COMPLETED OPERATIONS AGGREGATE | $ | FIRE DAMAGE (Any one fire) | $ |
| PERSONAL & ADVERTISING INJURY | $ | MEDICAL EXPENSE (Any one person) | $ |

## GENERAL LIABILITY - SCHEDULE OF HAZARDS

| TYPE OF CHANGE | LOCATION # | CLASSIFICATION | CLASS CODE | PREMIUM BASIS | TERR | PREMIUM BASIS CODES |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | (S) GROSS SALES - PER $1,000/SALES |
| | | | | | | (P) PAYROLL - PER $1,000/PAY |
| | | | | | | (A) AREA - PER 1,000/SQ FT |
| | | | | | | (C) TOTAL COST - PER $1,000/COST |
| | | | | | | (M) ADMISSIONS - PER 1,000/ADM |
| | | | | | | (U) UNIT - PER UNIT |
| | | | | | | (T) OTHER |

## UMBRELLA

☐ CHANGE

| | | |
|---|---|---|
| LIMIT OF LIABILITY | $ | OTHER (DESCRIBE) |
| RETAINED LIMIT | $ | |

## ADDITIONAL INTEREST

☐ ADD | ☐ CHANGE | ☐ DELETE

| INTEREST | RANK: | NAME AND ADDRESS | REFERENCE #: | CERTIFICATE REQUIRED | INTEREST IN ITEM NUMBER |
|---|---|---|---|---|---|
| ADDITIONAL INSURED | | | | | PREMISES: \| BUILDING: |
| LOSS PAYEE | | | | | VEHICLE: \| BOAT: |
| MORTGAGEE (#___) | | | | | SCHEDULED ITEM NUMBER: |
| MORTGAGEE (#___) | | | | | OTHER |
| LIENHOLDER | | | | | |
| EMPLOYEE AS LESSOR | | ITEM DESCRIPTION: | | | |

## ADDITIONAL CHANGES/REMARKS

Please make following corrections to policy:
(See attached Additional Changes/Remarks page)

**SIGNATURE (Any deletion or reduction in coverage requires the insured's signature)**

| INSURED'S SIGNATURE | PRODUCER'S SIGNATURE |
|---|---|
| | |

ACORD 175 (7/96) 2 of 4          #36568

## ADDITIONAL CHANGES/REMARKS (Continued from Page 2)

1) Add named insured:
   Fieldturf EEC, Inc.

2) Amend named insured: Gestions Field Turf, Inc. to read:
   Gestions FieldTurf, Inc.

3) Delete Employee Benefits Liability - shown on page 5 of form 421-0001A

4) Under Boiler & Machinery add:   (At no additional cost - this is per our app)
   $100,000 Ammonia Contamination
   $100,000 Water Damage

5) Amend deductible on Leased & Rented Equipment to $500.00

6) On Form COP226 - Scheduled Location Endorsement
   amend "Any Unscheduled Locations"  to show Business Income/Extra Expense
   (The $750,000 Limit is for Business Income/Extra Expense)

7) Add "Blanket" Loss Payee endorsement

8) Add Blanket Waiver of Subrogation for oral & written contracts

9) Amend to 90 Days Notice of Cancellation per our apps

10) Add Notice of Occurrence endorsement

11) Amend Business Income to 1/3 Monthly Limitation

12) Delete as Loss Payee's:
    *Medico Industries, Inc.
    *Transport International Pool
    *Newcourt Financial Ltd
    *J R Brisson Equipment LTD
    *T D Bank

13) Add following as Additional Insured's: (policy has additional insured for
    leased and rented equipment automatically included, however not all
    additional insureds are for leased and rented equipment:

    Additional Insureds to add:
    *Jim Mednhall, 1244 North Shore Drive, Lake Oswego, OR 97034

    *Dr. Tom Obsorne, 1111 Lincoln Mall, Suite 200, Lincoln, NE 68508

    *Webcor Bulders, Attn: Nancy Johnson, 2755 Campus Dr, Suite 175
     San Mateo, CA 94403-2514

    *Lexington Catholic High School, 2260 Clays Mill Road, Lexington, KY 40503

    *Motley & Motley, P.O. Box 421, Pullman, WA 99163

    *San Diego City Schools, 2351 Cardinal Lane, San Diego, CA 92123-3799

    *Redgwick Construction Co., 25599 Huntwood Avenue, Hayward, CA 94544

## ADDITIONAL CHANGES/REMARKS (Continued from Page 2)

*University of Washington & Seattle Seahawks Football Club,
Athletic Department - Director of Operations - Grave Building
Seattle, WA   98195

*Castello, Inc., 457 Corporate Drive, Escondito, CA 92029

*St Louis Chaminame & Marianisle Center, 3142 Walalee Avenue, Honolulu, HI
96816

*Turner Construction Company; Portland Family Enmtertainment,
City of Portland, Multinomah Athletic Club,  C/O Terry Shugrue
1550 Deleware Street, Longview, WA 98632

*Baugh Construction Company, 900 Poplar Place St., Seattle, WA   98144

14)  PLEASE SEND US TWO (2) COPIES OF THE FOLLOWING FORMS THAT WERE LEFT OFF
     POLICY:
     COP100  (2.0)
     COP244  (1.0)
     COP217  (2.0)
     CL100   (2.0)


Thank you, Linda Lawrence / bjs (Direct Dial# 770-850-6658)
cc:  FieldTurf Holdings, Inc.