# EXHIBIT    D

# EXHIBIT D

# JUNE 13, 2006
# CORRESPONDENCE

**PORTMAN**

**PORTMAN RISK MANAGEMENT**

*Risk Management Services*

303 Peachtree Street NE
Suite 4600
Atlanta, Georgia 30308
TEL 404. 614. 5252
FAX 404. 614. 5005

June 13, 2006

Ms. Pat Meyer
Regional General Adjuster
The Hanover Insurance Group
333 W. Pierce Rd.
Itasca, IL  60143

Re:    Fieldturf, Inc. et al. v. TurfUSA, LLC
       Claim No. 29-331942

Dear Ms. Meyer:

We are in receipt of your letter dated May 16, 2006.

The Hanover Insurance Group raised several coverage issues and/or took several
coverage positions in your letter.  At this time, Fieldturf, Inc. will not respond in detail
to all of the issues raised.  Rather, Fieldturf will respond further to those issues if and
when necessary as this claim progresses.  Suffice it to say that Fieldturf reserves all of its
rights with respect to this claim, pursuant to the language of all relevant insurance
policies, the law and otherwise; Fieldturf's response should not be deemed as
agreement with or acquiescence to any of the coverage issues stated and positions taken
in your letter.

In accordance with your letter, you have agreed to reimburse defense costs. Enclosed
are copies of invoices from Factor & Lake for the defense of this counter-claim.  This
invoice is for the period of October 3, 2005 through January 31, 2006.  These fees have
been paid by Fieldturf, therefore should be reimbursed to them.

Thank you for your assistance with this matter.

Sincerely,

David G. Adler
Managing Director

DGA/kns

Enclosure