# EXHIBIT E

# EXHIBIT E

# JUNE 27, 2006 CORRESPONDENCE

Hanover Insurance Company
3950 Priority Way South Drive
Suite #200
Indianapolis, IN 46280
Phone: 888-393-0920, ext 5635
Fax:    317-580-9981
e-mail: gmautner@hanover.com

## facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | David Adler / Portman Risk Services | **Fax:** | 404-614-5005 |
| **From:** | Greg Mautner | **Date:** | 6/27/2006 |
| **Re:** | Fieldturf vs. Turf USA; 29-331942 | **Pages:** | 1 |
| **CC:** | | | |

• • Urgent • •For Review • Please Comment • Please Reply ☐ Please Recycle

Mr. Adler:

Please be advised that I am handling the "underlying defense" part of this file. I have yours of June 13 to Pat Meyer, with the insured's legal bills incurred from October 2005 through January 2006. Since all of these fees and costs were incurred prior to Fieldturf's March 10, 2006 tender of suit to Hanover, I must decline any payment of those bills. Hanover has agreed to provide a defense, and reserves its right to negotiate a reasonable rate for legal fees. I will review the insured's legal bills incurred from March 10, 2006 onward.

Thank you.