UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| FIELDTURF, INC., et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:06-CV-327-H |
| | ) | |
| HANOVER INSURANCE GROUP, INC., | ) | |
| et al. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**AGREED LITIGATION PLAN AND**
**DISCOVERY SCHEDULE OUTLINE**

The parties have conferred and agree as follows:

**BRIEFLY DESCRIBE CLAIMS:** Declaratory judgment seeking coverage under commercial general liability policy.

**THE PARTIES BELIEVE THAT A SCHEDULING CONFERENCE WOULD BE HELPFUL NOW IN THIS CASE:** Yes ________ No ___X___

**PRE-DISCOVERY DISCLOSURES** (Fed.R.Civ.P. 26(a)(1)) by: __October 1, 2006__

**PRELIMINARY DISCOVERY** on the issues of notice and prejudice shall be completed by December 1, 2006.

**SPECIAL INSTRUCTIONS RE: INTERROGATORIES, REQUESTS FOR ADMISSION AND DEPOSITIONS:** None. Discovery shall be conducted in accordance with local rules and the Federal Rules of Civil Procedure.

**IDENTIFY EXPERTS AND COMPLIANCE with Fed.R.Civ.P. 26(a)(2):**

from Plaintiffs by __January 10, 2007__
from Defendants by __February 1, 2007__

**JOINDER(S) OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS** shall be due by: __not applicable__

**OTHER MISCELLANEOUS MATTERS: (any further additions)**

**ALL DISCOVERY** shall be completed by __March 1, 2007__

**THE PARTIES SHALL SUPPLEMENT ALL DISCLOSURES AND RESPONSES AS REQUIRED BY FED.R.CIV.P. 26(e) WITHIN A REASONABLE TIME BUT NO LATER THAN** __January 10, 2007__

**DISPOSITIVE MOTIONS** shall be filed by __April 6, 2007__

**THE PARTIES WOULD LIKE A SETTLEMENT CONFERENCE:** __March 2007__

**PRE-TRIAL CONFERENCE:** __May 2007__

**THE PARTIES CATEGORIZE THIS CASE AS:**

Complex __________________ (ready for trial within two years)

Simple _______X___________ (ready for trial in less than one year)

Other _____________________ (explain) _____________________________________________

**THIS CASE SHOULD BE READY FOR TRIAL** by __May 2007__

**THE PARTIES WOULD LIKE FOR THE COURT TO SET A TRIAL DATE NOW:**

Yes ________ No ____X____

**ANTICIPATED LENGTH OF TRIAL:** __2 days__

**JURY TRIAL REQUEST**: Yes ________ No ____X____

**WOULD THE PARTIES CONSENT TO JURISDICTION TO THE UNITED STATES MAGISTRATE JUDGE FOR ALL PROCEEDINGS UNDER 28 USC § 636(c)?**

Yes ________ No ____X____

AGREED TO BY:

*/s/ Paul J. Hershberg*
KYLE ANNE CITRYNELL
PAUL J. HERSHBERG
PETER J. STAVROS
SEILLER WATERMAN LLC
Meidinger Tower, 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202-3445
(502) 584-7400
E-mail: citrynell@derbycitylaw.com
Counsel for Plaintiffs

*/s/ John P. Davis, III*
JOHN P. DAVIS, III
JONES, GREGG, CREEHAN & GERACE, LLP
411 Seventh Avenue, Suite 1200
Pittsburgh, Pennsylvania 15219
(412) 261-6400
E-mail: jpd@jgcg.com

BRADLEY D. HARVILLE
One Riverfront Plaza
401 W. Main Street, Suite 1706
Louisville, Kentucky 40202
(502) 585-3356
E-mail: bdh@harvillelaw.com

Counsel for Defendants

G:\doc\KAC\FieldTurf\Pldgs\AgrLitPlanDiscSchedOutline.wpd