UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| FIELDTURF, INC., et al. | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:06-CV-327-H |
| | ) | |
| HANOVER INSURANCE GROUP, INC., et al. | ) | |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

*ELECTRONICALLY FILED*
**PLAINTIFFS' RESPONSE TO DEFENDANT**
**HANOVER INSURANCE GROUP, INC.'S MOTION TO COMPEL**
**DISCOVERY RESPONSES**

\* \* \* \* \*

Come the Plaintiffs, by counsel, and for their response to Defendant Hanover Insurance Group, Inc.'s Motion to Compel Discovery Responses state as follows:

On January 10, 2007, Plaintiffs served their Answers to Defendant's Interrogatories on Defendant's counsel (*See* Answers attached hereto as Exhibit 1). Plaintiffs' answers to this discovery were delayed due to the absence of FieldTurf's Chief Executive Officer, Michel Levesseur, who had been away from his office, and therefore unavailable, due to the holidays, until shortly before the answers were sent. Plaintiffs' counsel had notified Defendant's counsel of Mr. Levesseur's absence, and had specifically requested additional time. (*See* correspondence attached hereto as Exhibit 2).

Plaintiffs are still gathering documents responsive to Defendant's Requests for Production of Documents, and have advised Defendant's counsel that those documents will be forthcoming as soon as they are assembled.

Respectfully submitted,

 /s/ Paul J. Hershberg
KYLE ANNE CITRYNELL
PAUL J. HERSHBERG
SEILLER WATERMAN LLC
Meidinger Tower, 22nd Floor
462 S. Fourth Street
Louisville, Kentucky  40202
Telephone:  (502) 584-7400
Facsimile:  (502) 583-2100
E-mail: citrynell@derbycitylaw.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 23, 2007, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    John P. Davis, III, Esq.
    jpd@jgcg.com

    Bradley D. Harville, Esq.
    bdh@harvillelaw.com

  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

    [none]

                */s/ Paul J. Hershberg*
                KYLE ANNE CITRYNELL
                PAUL J. HERSHBERG

G:\doc\KAC\FieldTurf\Pldgs\RespMotCompel.wpd