UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| FIELDTURF, INC., et al. )<br>)<br>Plaintiffs )<br>)<br>v. )<br>)<br>HANOVER INSURANCE GROUP, INC., )<br>et al. )<br>)<br>Defendants )<br>_____ ) | Civil Action No. 3:06-CV-327-H |

*ELECTRONICALLY FILED*
**JOINT MOTION TO MODIFY AGREED LITIGATION PLAN**
**AND DISCOVERY SCHEDULE**

\* \* \* \* \*

Come the parties, by counsel, and jointly move the Court to extend the upcoming deadlines set forth in the Scheduling on Agreed Litigation Plan and Discovery Schedule. The parties request that the discovery deadline, presently set for March 1, 2007, be extended to April 16, 2007. The parties further request that the deadline for dispositive motions, presently set for April 6, 2007, be extended to May 21, 2007.

In support of this motion, the parties state that they are engaged in settlement discussions and believe they may be able to resolve their differences.

A proposed Order is tendered herewith.

Respectfully submitted,

| | |
|---|---|
| /s/ Paul J. Hershberg | /s/ John P. Davis, III |
| KYLE ANNE CITRYNELL | by Paul J. Hershberg, with permission |
| PAUL J. HERSHBERG | JOHN P. DAVIS, III |
| SEILLER WATERMAN LLC | JONES, GREGG, CREEHAN & GERACE, LLP |
| Meidinger Tower, 22nd Floor | 411 Seventh Avenue, Suite 1200 |
| 462 S. Fourth Street | Pittsburgh, Pennsylvania 15219 |
| Louisville, Kentucky 40202 | Telephone: (412) 261-6400 |
| Telephone: (502) 584-7400 | Facsimile: (412) 261-2652 |
| Facsimile: (502) 583-2100 | |
| Counsel for Plaintiffs | BRADLEY D. HARVILLE |
| | One Riverfront Plaza |
| | 401 W. Main Street, Suite 1706 |
| | Louisville, Kentucky 40202 |
| | Telephone: (502) 585-3356 |
| | Facsimile: (502) 585-3357 |
| | |
| | Counsel for Defendants |

G:\doc\KAC\FieldTurf\Pldgs\JointMotExtendDeadlines.wpd