UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| FIELDTURF, INC., et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 3:06-CV-327-H |
| ) | |
| HANOVER INSURANCE GROUP, INC., ) | |
| et al. ) | |
| ) | |
| Defendants ) | |
| ) | |

*ELECTRONICALLY FILED*
**AGREED ORDER DISMISSING SETTLED**

    This matter having come before the Court pursuant to the agreement of the Plaintiffs, FieldTurf, Inc. and FieldTurf International, Inc., by counsel, and the Defendants, The Hanover Insurance Group, Inc. and Massachusetts Bay Insurance Company, by counsel, and this Court otherwise being sufficiently advised;

    IT IS HEREBY ORDERED that this matter by, and is, DISMISSED, with prejudice, as settled, with the parties to bear their own costs.

Tendered by:

| | |
|---|---|
| */s/ Paul J. Hershberg* <br> KYLE ANNE CITRYNELL <br> PAUL J. HERSHBERG <br> SEILLER WATERMAN LLC <br> Meidinger Tower, 22nd Floor <br> 462 S. Fourth Street <br> Louisville, Kentucky  40202 <br> Telephone:  (502) 584-7400 <br> Facsimile:  (502) 583-2100 <br> Counsel for Plaintiffs | */s/ Paul J. Hershberg for John P. Davis, III, with permission* <br> JOHN P. DAVIS, III <br> JONES, GREGG, CREEHAN & GERACE, LLP <br> 411 Seventh Avenue, Suite 1200 <br> Pittsburgh, Pennsylvania  15219 <br> Telephone:  (412) 261-6400 <br> Facsimile:  (412) 261-2652 <br><br> BRADLEY D. HARVILLE <br> One Riverfront Plaza <br> 401 W. Main Street, Suite 1706 <br> Louisville, Kentucky  40202 <br> Telephone:  (502) 585-3356 <br> Facsimile:  (502) 585-3357 <br><br> Counsel for Defendants |

G:\doc\KAC\FieldTurf\Pldgs\AgrOrdDismissSett.wpd